In the Matter of the Claim of NELLIE MITCHERSON, Respondent, against THE PULLMAN COMPANY, Appellant. STATE INDUSTRIAL BOARD, Respondent.— Motion denied. Present — Van Kirk, P. J., Hinman, Davis, Whitmyer and Hill, JJ.

In the Matter of the Claim of WILLIAM KLAMKOWSKY, Respondent, against KALLITSH CAFETERIA and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Motion denied. Present — Van Kirk, P. J., Hinman, Davis, Whitmyer and Hill, JJ.

In the Matter of the Claim of DORA SHAPIRO, Respondent, against Moss & STEINBERG and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Motion denied. Present — Van Kirk, P. J., Hinman, Davis, Whitmyer and Hill, JJ.

In the Matter of the Claim of BEA S. LEICHTER, Respondent, against AMERICAN ANTIQUE BRASS CO., INC., Appellant. STATE INDUSTRIAL B)ARD, Respondent.— Award reversed and claim remitted to the State Industrial Board, on stipulation of the parties in open court. Van Kirk, P. J., Hinman, Davis, Whitmyer and Hasbrouck, JJ., concur.

DANIEL J. MURPHY, Respondent, v. FRANK B. HALL AND COMPANY, INCORPORATED, Appellant.— Motion denied, and case set down for argument or submission on Wednesday, November twenty-seventh. Present — Van Kirk, P. J., Hinman, Davis, Hill and Hasbrouck, JJ.

In the Matter of the Claim of PAULINE POCARPBA, Respondent, against J. L. MAY COMPANY and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Appeal withdrawn, and order entered modifying award in accordance with stipulation filed. Present — Van Kirk, P. J., Hinman, Davis, Whitmyer and Hasbrouck, JJ.

In the Matter of CHARLES C. ANNABEL, an Attorney.— Motion denied, with ten dollars costs. Present — Van Kirk, P. J., Hinman, Davis, Hill and Hasbrouck, JJ.